UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARD OF THE FAMILY MILLS,

                Plaintiff,

-against-

EILEEN STACK, ET AL.,

                Defendants.

24 CIVIL 6457 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  February 11, 2025
        New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge